AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-cr-292 (GMM) |
| Juan Edgardo Negrón-Navarro (1) ) | |
| *Defendant* ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>Federal Building, 4th Floor<br>150 Chardon Ave.<br>Hato Rey, P.R. 00917 | Courtroom No.: 6 |
|---|---|---|
| | | Date and Time: July 7, 2025 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 7/2/2025

S/ Marcos E. Lopez
*Judge's signature*

Marcos E. Lopez       U.S. Magistrate Judge
*Printed name and title*